**DR. CHRISTIAN VICTOR FUGAR**

**VERSUS**

**DILLARD UNIVERSITY**

\*      **NO. 2022-CA-0618**

\*      **COURT OF APPEAL**

\*      **FOURTH CIRCUIT**

\*      **STATE OF LOUISIANA**

\*

\*

**\* \* \* \* \* \* \***

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**